690 A.2d 593

IN THE MATTER OF PERRY FEINBERG,
AN ATTORNEY AT LAW.

March 26, 1997.

## ORDER

**PERRY FEINBERG** previously of **POINT PLEASANT,** who was admitted to the bar of this State in 1983, and who was temporarily suspended from practice by Order of the Court, dated September 20, 1995, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **PERRY FEINBERG** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that **PERRY FEINBERG** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.